# Composite Exhibit "1"

Int. Cls.: 3, 18, and 25

Prior U.S. Cls.: 1, 2, 3, 4, 6, 22, 39, 41, 50, 51, and 52

Reg. No. 2,121,984

## United States Patent and Trademark Office

Registered Dec. 16, 1997

## TRADEMARK
## PRINCIPAL REGISTER

## VERSACE

GIANNI VERSACE S.P.A. (ITALY CORPORA-
TION)
VIA DELLA SPIGA, 25
20121 MILANO, ITALY

FOR: COSMETICS, NAMELY NIGHT AND DAY CREAM, CLEANING PREPARATIONS FOR THE FACE AND BODY, BATHFOAM, SHAVING FOAM, AFTER-SHAVE, FOUNDA-TION MAKEUP, NAIL POLISH, DEODORANTS FOR MEN AND WOMEN, PERFUMED, UNPER-FUMED (NATURAL) AND HYPOALLERGENIC PERFUMES, COLOGNE, TOILET WATER, BATH OILS, HAND AND BABY SOAP, HAIR SHAMPOO AND RINSES, HAIR SPRAY, TOOTHPASTE, AND FRAGRANCES, NAMELY PERFUME, TOILET WATER AND ESSENCE OILS FOR PERSONAL USE FOR MEN AND WOMEN, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 9-0-1994; IN COMMERCE 9-0-1994.

FOR: LEATHER OR IMITATIONS OF LEATHER, NAMELY ANIMAL SKINS AND HIDES, HANDBAGS, WALLETS, LUGGAGE, ATTACHE CASES, TOTE BAGS, BRIEFCASES, ALL PURPOSE SPORT BAGS, TRAVELLING TRUNKS AND CARRY-ON BAGS, SHOULDER BAGS, GARMENT BAGS FOR TRAVELLING, KEYCASES, UMBRELLAS, PARASOLS AND WALKING STICKS, WHIPS, HARNESSES AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-0-1994; IN COMMERCE 9-0-1994.

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY BELTS, COATS, RAIN-COATS, WAISTCOATS, BLOUSES AND PULL-OVERS, JACKETS, TROUSERS, SKIRTS, DRESSES, SUITS, SHIRTS AND CHEMISES, T-SHIRTS, SWEATERS, UNDERWEAR, SOCKS AND STOCKINGS, GLOVES, TIES, SCARVES, HATS AND CAPS, BOOTS, SHOES AND SLIP-PERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-1994; IN COMMERCE 9-0-1994.

SEC. 2(F).

SN 74-582,355, FILED 10-5-1994.

CATHERINE KAISER KREBS, EXAMINING ATTORNEY

**Int. Cls.: 18 and 25**

**Prior U.S. Cls.: 1, 2, 3, 22, 39 and 41**

**United States Patent and Trademark Office**

**Reg. No. 2,426,052**

**Registered Feb. 6, 2001**

## TRADEMARK
### PRINCIPAL REGISTER

## VERSACE JEANS COUTURE

GIANNI VERSACE S.P.A. (ITALY CORPORATION)
VIA MANZONI 38
20121 MILANO, ITALY

FOR: ATHLETIC BAGS, ATTACHE CASES, BABY BACKPACKS, BAGS FOR ALL PURPOSES, NAMELY; FOR ALL SPORT PURPOSE, BEACH BAGS, BOOK BAGS, CARRY-ON BAGS, GYM BAGS, HANDBAGS, LEATHER SHOPPING BAGS, OVERNIGHT BAGS, SCHOOL BAGS, TEXTILE SHOPPING BAGS, TOTE BAGS, SHOULDER BAGS, TRAVEL BAGS, SUITCASES, BEACH UMBRELLAS, HAT BOXES FOR TRAVEL, BRIEFCASES-TYPE PORTFOLIOS, BRIEFCASES, BUSINESS CARD CASES, CALLING CARD CASES, CANE HANDLES, CREDIT CARD CASES, PURSES, COSMETIC CASES, DOCUMENT CASES, GARMENT BAGS FOR TRAVEL, KEY CASES, PARASOLS, SADDLERY, SHOES BAGS FOR TRAVEL, UMBRELLAS, WALLETS, WALKING STICKS, WHIPS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: AFTER SKI BOOTS, ASCOTS, ATHLETIC FOOTWEAR, ATHLETIC SHOES, ATHLETIC UNIFORMS, HEAD BANDS, NECK BANDS, SWEAT BANDS, WRIST BANDS, BATHING SUITS, BATHROBES, BEACHWEAR, BED JACKETS, BELTS, BERETS, BERMUDA SHORTS, BIKINIS, BLOUSES, BLOUSONS, BODY SUITS, BOOTS, BOW TIES, BOXER SHORTS, BRASSIERES, UNDERWEAR BRIEFS, BUSTIERS, CAMISOLES, CLOTHING CAPS, CARDIGANS, CHEMISES, COATS, FUR COATS, FUR JACKETS, FUR STOLES, LEATHER COATS, OVER COATS, RAIN COATS, SUIT COATS, CORSETS, CRAVATS, CULOTTES, DRESSES, EVENING GOWNS, NIGHT GOWNS, EAR MUFFS, ESPADRILLES, FOOTWEAR, GLOVES, HATS, HEAD WEAR, INFANTWEAR, JEANS, JOGGING SUITS, KILTS, LINGERIE, CLOTHING MANTLES, MOCCASINS, NECKERCHIEFS, NIGHT SHIRTS, PAJAMAS, PANTS, PANTYHOSE, PAREU, PARKAS, POLOSHIRTS, PULLOVERS, SANDALS, SHOES, SHORTS, SKI WEAR, SLIPPERS, SLIPS, SOCKS, STOCKING, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. 005905, FILED 6-10-1998, REG. NO. 761384, DATED 6-10-1998, EXPIRES 6-10-2008.

OWNER OF U.S. REG. NOS. 1,123,748, 2,224,935 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JEANS COUTURE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-519,687, FILED 7-8-1998.

ANGELA M. MICHELI, EXAMINING ATTORNEY

Int. Cls.: 8, 19, 20, 21 and 24

Prior U.S. Cls.: 1, 2, 12, 13, 22, 23, 25, 28, 29, 30, 32, 33, 40, 42, 44 and 50

**Reg. No. 2,440,541**

## United States Patent and Trademark Office

Registered Apr. 3, 2001

### TRADEMARK
### PRINCIPAL REGISTER

## VERSACE

GIANNI VERSACE S.P.A. (ITALY CORPORA-TION)
VIA MANZONI, 38
MILAN, ITALY

FOR: TABLEWARE; FORKS, KNIVES AND SPOONS; STERLING SILVER TABLE FORKS, KNIVES AND SPOONS; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.

FOR: FIREPLACE SURROUNDS; FLOOR TILES; WOOD TILE FLOORS; GLASS TILES, PARQUET FLOORING; STATUETTES OF STONE, CONCRETE OR MARBLE; WALL PANELS; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FIRST USE 0-0-1982; IN COMMERCE 0-0-1982.

FOR: CHAIRS, CUPBOARDS; CUSHIONS; DESKS; DIVANS; DOORKNOBS; FIGURES OF BONE, IVORY, PLASTER, PLASTIC, WAX AND WOOD; DOMESTIC FIREPLACE BELLOWS FLOWER BASKETS, DOOR HANDLES FOR FURNITURE; KEY CHAINS; MAGAZINE RACKS OFFICE FURNITURE; PILLOWS; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.

FOR: HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS; DINNERWARE; BEVERAGE WARE GLASSWARE SUGAR BOWLS; BEER MUGS; BOTTLE OPENERS; BOWLS; CANDLE HOLDERS NOT OF PRECIOUS METAL; CHINA ORNAMENTS; COOKWARE; CORKSCREWS; SOAP DISPENSERS; FIGURINES IN CHINA, CRYSTAL, EARTHEN-WARE GLASS, PORCELAIN AND TERRA COTTA; HOLDERS FOR FLOWERS AND PLANTS; PER-FUME ATOMIZERS SOLD EMPTY, PLATES; POTS, SOAP BOXES; SOAP HOLDERS; VASES; PARTS AND FITTINGS FOR THE AFORESAID GOODS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.

FOR: BATH LINEN, BATH MATS, BED LINEN; BLANKETS; CURTAINS; FURNITURE COVERS; HANDKERCHIEFS; KITCHEN TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1984; IN COMMERCE 0-0-1984.

OWNER OF U.S. REG. NOS. 2,077,160, 2,278,257 AND OTHERS.

SEC. 2(F).

SER. NO. 75-864,716, FILED 12-6-1999.

SCOTT OSLICK, EXAMINING ATTORNEY

**Int. Cls.: 3, 8, 9, 11, 14, 18, 19, 20, 21, 24, 25 and 27**

**Prior U.S. Cls.: 1, 2, 3, 4, 6, 12, 13, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 36, 37, 38, 39, 40, 41, 42, 44, 50, 51 and 52**

**Reg. No. 2,980,455**

## United States Patent and Trademark Office

Registered Aug. 2, 2005

### TRADEMARK
#### PRINCIPAL REGISTER



GIANNI VERSACE S.P.A. (ITALY CORPORA-
TION)
VIA MANZONI, 38
MILAN, ITALY

FOR: COSMETICS, NAMELY NIGHT AND DAY
CREAMS, CLEANING PREPARATIONS FOR THE
CARE OF THE FACE AND BODY, BATH-FOAM,
SHAVING FOAM, AFTERSHAVES, FOUNDATION
MAKEUP, NAIL POLISH, DEODORANTS FOR MEN
AND WOMEN, HAND AND BODY SOAPS, HAIR
SHAMPOOS AND RINSES, HAIR SPRAY, TOOTH-
PASTE AND FRAGRANCES, NAMELY PERFUME,
TOILET WATER AND ESSENTIAL OILS FOR PER-
SONAL USE FOR MEN AND WOMEN, IN CLASS 3
(U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: TABLEWARE, NAMELY CUTLERY;
FORKS, KNIVES AND SPOONS; STERLING SILVER
TABLE FORKS, KNIVES AND SPOONS; DOMESTIC
FIREPLACE BELLOWS, IN CLASS 8 (U.S. CLS. 23, 28
AND 44).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: OPTICAL INSTRUMENTS, APPARATUS
AND EQUIPMENTS, NAMELY EYEGLASSES;
READING GLASSES, AND OPTICAL GLASSES;
SUNGLASSES; SPECTACLES; SPECTACLES
FRAMES; MONOCLES; LORGNETTES, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: APPARATUS FOR LIGHTING, NAMELY,
ELECTRIC LIGHTING FIXTURES FOR USE ON
CEILINGS, CHANDELIERS, ELECTRIC, INCAN-
DESCENT, AND HALOGEN LIGHT BULBS, SAFE-
TY LAMPS, CANDLE, ELECTRIC, OIL, AND
PORTABLE PAPER LANTERNS, STANDARD
LAMPS; FIREPLACES; DECORATIVE WATER
FOUNTAINS; LAMPS, IN CLASS 11 (U.S. CLS. 13,
21, 23, 31 AND 34).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: ARTICLES MADE OF PRECIOUS METALS
AND ALLOYS OF PRECIOUS METALS WITH OR
WITHOUT PRECIOUS STONES, NAMELY RINGS,
NECKLACES, BRACELETS, BROOCHES, EARR-
INGS, TIE CLIPS, CUFF-LINKS, DIAMONDS, JEW-
ELRY CASES MADE OF PRECIOUS METAL,
WATCHES, CLOCKS, CHRONOMETERS, WATCH
CASES, COSTUME JEWELRY, IN CLASS 14 (U.S.
CLS. 2, 27, 28 AND 50).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: LEATHER AND IMITATION OF LEATHER
SOLD IN BULK, HANDBAGS, WALLETS, LUG-
GAGE, ATTACHE CASES, TOTE BAGS, BRIEFCA-
SES, SPORT BAGS, TRAVELING TRUNKS, CARRY-
ON BAGS, SHOULDER BAGS, GARMENT BAGS
FOR TRAVELING, KEY CASES, UMBRELLAS,
PARASOLS, WALKING STICKS, WHIPS, HARNES-

SES, SADDLERY; LEATHER KEY CHAINS , IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: FIREPLACE SURROUND; FLOOR TILES; WOOD TILE FLOORS; GLASS TILES; PARQUET FLOORING; STATUETTES OF STONE, CONCRETE, OR MARBLE; NON-METAL WALL PANELS, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: FURNITURE; MIRRORS, NAMELY LOOK-ING GLASSES; PICTURE FRAMES; CHAIRS; CUP-BOARDS; CUSHIONS; DESKS; DIVANS; PLASTIC AND WOOD DOORKNOBS; FIGURES OF BONE, IVORY, PLASTER, PLASTIC, WAX AND WOOD; PLASTIC AND WOOD FURNITURE HANDLES FOR DOORS, PLASTIC KEY CHAINS; MAGAZINE RACKS; OFFICE FURNITURE; PILLOWS; FITTED FURNITURE COVERS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS, NAMELY, DINNERWARE; BEVERAGE-WARE; GLASSWARE; SUGAR BOWLS; BEER MUGS; BOTTLE OPENERS; BOWLS; CANDLE HOLDERS NOT OF PRECIOUS METAL; CHINA ORNAMENTS; COOKWARE, NAMELY NON-ELEC-TRIC FRYING PANS; CORKSCREWS; SOAP DIS-PENSERS; FIGURINES IN CHINA, CRYSTAL, EARTHENWARE, GLASS, PORCELAIN AND TER-RACOTTA; HOLDERS FOR FLOWERS AND PLANTS; PERFUME ATOMIZERS SOLD EMPTY; PLATES; POTS; SOAPBOXES; SOAP HOLDERS; VA-SES; FLOWER BASKETS; PORCELAIN AND EARTHENWARE DOORKNOBS AND FURNITURE HANDLES FOR DOORS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: FABRIC FOR TEXTILE USE, FABRIC OF IMITATION ANIMAL SKINS, FABRIC FOR BOOTS AND SHOES, BATH LINEN; BED LINEN; BLAN-KETS; CURTAINS; UNFITTED FURNITURE COV-ERS; HANDKERCHIEFS; KITCHEN TOWELS; TEXTILE WALL HANGINGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY BELTS, COATS, RAIN-COATS, WAISTCOATS, BLOUSES AND PULL-OVERS, JACKETS, TROUSERS, SKIRTS, DRESSES, SUITS, SHIRTS AND CHEMISES, T-SHIRTS, SWEA-TERS, UNDERWEAR, SOCKS AND STOCKINGS,-GLOVES, TIES, SCARVES, HATS AND CAPS, BOOTS, SHOES AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

FOR: CARPETS, RUGS, MATS AND MATTING, LINOLEUM AND OTHER MATERIALS FOR COV-ERING EXISTING FLOORS; NON-TEXTILE WALL HANGINGS; NON-TEXTILE WALL DECORA-TIONS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 1-0-1998; IN COMMERCE 1-0-1998.

OWNER OF U.S. REG. NOS. 1,725,686, 1,875,093, AND 2,081,230.

THE MARK CONSISTS OF THE REPRESENTA-TION OF A HEAD (MEDUSA'S HEAD).

SER. NO. 76-536,034, FILED 7-28-2003.

DOUGLAS LEE, EXAMINING ATTORNEY

**Int. Cls.: 3, 9, 14, 16, 18, 24, 25 and 26**

**Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 21, 22, 23, 26, 27, 28, 29, 36, 37, 38, 39, 40, 41, 42, 50, 51 and 52**

**Reg. No. 3,194,501**

## United States Patent and Trademark Office

Registered Jan. 2, 2007

### TRADEMARK
#### PRINCIPAL REGISTER

GIANNI VERSACE S.P.A. FISCAL CODE N. 04636090963 (ITALY S.P.A.)
VIA MANZONI N. 38
MILANO
ITALY

FOR: COSMETICS, INCLUDING NIGHT AND DAY CREAMS, CLEANING PREPARATIONS FOR THE CARE OF THE FACE AND BODY, BATH FOAM, SHAVING FOAM, AFTERSHAVES, FOUNDATION MAKEUP, NAIL POLISH, DEODORANTS FOR MEN AND WOMEN, HAND AND BODY SOAPS, HAIR SHAMPOOS AND RINSES, HAIR SPRAY, TOOTHPASTE AND FRAGRANCES, NAMELY PERFUME, TOILET WATER AND ESSENTIAL OILS FOR PERSONAL USE FOR MEN AND WOMEN, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: OPTICAL INSTRUMENTS, APPARATUS AND EQUIPMENT, NAMELY, GLASSES, SUNGLASSES, SPECTACLES, SPECTACLE FRAMES, MONOCLES, LORGNETTES, ACCESSORIES IN THE NATURE OF EYEGLASS CHAINS, AND PARTS, FITTINGS, COMPONENTS AND CASES FOR ALL THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: ARTICLES MADE OF PRECIOUS METALS AND ALLOYS OF PRECIOUS METALS, WITH OR WITHOUT PRECIOUS STONES, NAMELY RINGS, NECKLACES, BRACELETS, BROOCHES, EARRINGS, TIE CLIPS, CUFF-LINKS, DIAMONDS, JEWEL CASES, WATCHES, CLOCKS, CHRONOMETERS, WATCH CASES, COSTUME JEWELLERY, PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: STATIONERY ARTICLES, NAMELY PAPER, LETTER PAPER, LOOSE-LEAF PAPER, EXERCISE BOOKS, ADDRESS BOOKS AND NOTEBOOKS, NUMERICAL AND ALPHABETICAL INSERTS, ENVELOPES, CARDS, ALBUMS, FILE BOOKS; WRITING AND MARKING INSTRUMENTS, NAMELY PENS, FELT-TIPPED PENS, MARKING PENS, PENCILS AND PENCIL LEADS, INK REFILLS FOR PENS, ERASERS; PRINTING TYPE; PRINTED MATTER, NAMELY, PERIODICAL MAGAZINES, BOOKS, AND LEAFLETS IN THE FIELD OF FASHION, INTERIOR DESIGN, COSMETICS, OPTICAL WEAR, AND FASHION ACCESSORIES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATION LEATHER GOODS, NAMELY, HANDBAGS, WALLETS, LUGGAGE, ATTACHÉ CASES, TOTE BAGS, BRIEFCASES, SPORT BAGS, TRAVELING TRUNKS, CARRY-ON BAGS, SHOULDER BAGS, GARMENT BAGS FOR TRAVELING, KEY CASES, UMBRELLAS, PARASOLS, WALKING STICKS, WHIPS, HARNESSES, SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FABRIC FOR TEXTILE USE, FABRIC OF IMITATION ANIMAL SKINS, FABRIC FOR BOOTS AND SHOES, BATH LINEN, BED LINEN; BED BLANKETS; CURTAINS; UNFITTED FABRIC FURNITURE COVERS; HANDKERCHIEFS; AND KITCHEN TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY BELTS, COATS, RAINCOATS, WAISTCOATS, BLOUSES AND PULLOVERS, JACKETS, TROUSERS, SKIRTS, DRESSES, SUITS, SHIRTS AND CHEMISES, T-SHIRTS, SWEATERS, UNDERWEAR, SOCKS AND STOCKINGS, GLOVES, TIES, SCARVES, HATS AND CAPS, BOOTS, SHOES AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: LACE AND EMBROIDERY, RIBBONS AND BRAID; CLOTHING BUTTONS, HOOKS AND EYES, SAFETY PINS AND NEEDLES; ARTIFICIAL FLOWERS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

PRIORITY DATE OF 3-17-2005 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0866162 DATED 5-26-2005, EXPIRES 5-26-2015.

OWNER OF U.S. REG. NOS. 1,875,093, 2,078,918, AND 2,081,230.

SER. NO. 79-016,809, FILED 5-26-2005.

TINA L. SNAPP, EXAMINING ATTORNEY

Int. Cls.: **3, 9, 14, 16, 18, 24 and 26**

Prior U.S. Cls.: **1, 2, 3, 4, 5, 6, 21, 22, 23, 26, 27, 28, 29, 36, 37, 38, 39, 40, 41, 42, 50, 51 and 52**

**Reg. No. 3,199,127**

## United States Patent and Trademark Office

Registered Jan. 16, 2007

## TRADEMARK
### PRINCIPAL REGISTER



GIANNI VERSACE S.P.A. FISCAL CODE N. 04636090963 (ITALY S.P.A.)
VIA MANZONI N. 38
MILANO
ITALY

FOR: COSMETICS, INCLUDING NIGHT AND DAY CREAMS, CLEANING PREPARATIONS FOR THE CARE OF THE FACE AND BODY, BATH-FOAM, SHAVING FOAM, AFTERSHAVES, FOUNDATION MAKEUP, NAIL POLISH, DEODORANTS FOR MEN AND WOMEN, HAND AND BODY SOAPS, HAIR SHAMPOOS AND RINSES, HAIR SPRAY, TOOTHPASTE, AND FRAGRANCES, NAMELY PERFUME, TOILET WATER AND ESSENTIAL OILS FOR PERSONAL USE FOR MEN AND WOMEN, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: OPTICAL INSTRUMENTS, APPARATUS AND EQUIPMENT, NAMELY, GLASSES, SUN-GLASSES, SPECTACLES, SPECTACLE FRAMES, MONOCLES, LORGNETTES, ACCESSORIES IN THE NATURE OF EYEGLASS CHAINS, AND PARTS, FITTINGS, COMPONENTS AND CASES FOR ALL THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: ARTICLES MADE OF PRECIOUS METALS AND ALLOYS OF PRECIOUS METALS, WITH OR WITHOUT PRECIOUS STONES, NAMELY RINGS, NECKLACES, BRACELETS, BROOCHES, EARRINGS, TIE CLIPS, CUFF-LINKS, DIAMONDS, JEW-EL CASES, WATCHES, CLOCKS, CHRONOMETERS, WATCH CASES, COSTUME JEWELLERY, PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: STATIONERY ARTICLES, NAMELY PAPER, LETTER PAPER, LOOSE-LEAF PAPER, EXERCISE BOOKS, ADDRESS BOOKS AND NOTEBOOKS, NUMERICAL AND ALPHABETICAL INSERTS, ENVELOPES, CARDS, ALBUMS, FILE BOOKS; WRITING AND MARKING INSTRUMENTS, NAMELY PENS, FELT-TIPPED PENS, MARKING PENS, PENCILS AND PENCIL LEADS, INK REFILLS FOR PENS, ERASERS; PRINTING TYPE; PRINTED MATTER, NAMELY, PERIODICAL MAGAZINES, BOOKS, AND LEAFLETS IN THE FIELD OF FASHION, INTERIOR DESIGN, COSMETICS, OPTICAL WEAR AND FASHION ACCESSORIES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATION LEATHER GOODS, NAMELY, HANDBAGS, WALLETS, LUGGAGE, ATTACHE CASES, TOTE BAGS, BRIEFCASES, SPORT BAGS, TRAVELING TRUNKS, CARRY-ON BAGS, SHOULDER BAGS, GARMENT BAGS FOR TRAVELING, KEY CASES, UMBRELLAS, PARASOLS, WALKING STICKS, WHIPS, HARNESSES, SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FABRIC FOR TEXTILE USE, FABRIC OF IMITATION ANIMAL SKINS, FABRIC FOR BOOTS AND SHOES, BATH LINEN, BED LINEN; BED BLANKETS; CURTAINS; UNFITTED FABRIC FURNITURE COVERS; HANDKERCHIEFS; AND KITCHEN TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: LACE AND EMBROIDERY, RIBBONS AND BRAID; CLOTHING BUTTONS, HOOKS AND EYES, SAFETY PINS AND NEEDLES; ARTIFICIAL FLOWERS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

PRIORITY DATE OF 3-17-2005 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0863493 DATED 5-26-2005, EXPIRES 5-26-2015.

SER. NO. 79-975,011, FILED 5-26-2005.

TINA L. SNAPP, EXAMINING ATTORNEY

Int. Cls.: 3, 9, 16, 18, 20, 24, 25 and 26

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 13, 21, 22, 23, 25, 26, 29, 32, 36, 37, 38, 39, 40, 41, 42, 50, 51 and 52

**Reg. No. 3,453,992**

## United States Patent and Trademark Office

Registered June 24, 2008

## TRADEMARK
### PRINCIPAL REGISTER



GIANNI VERSACE S.P.A. (ITALY CORPORA-
TION)
VIA A. MANZONI, 38
I-20121 MILANO
ITALY

FOR: COSMETICS, INCLUDING NIGHT AND DAY CREAMS, CLEANING PREPARATIONS FOR THE CARE OF THE FACE AND BODY, BATH FOAM, SHAVING FOAM, AFTER SHAVES, FOUNDATION MAKEUP, NAIL POLISH, DEODORANTS FOR MEN AND WOMEN, HAND AND BODY SOAPS, HAIR SHAMPOOS AND RINSES, HAIR SPRAY, TOOTHPASTE AND FRAGRANCES, NAMELY, PERFUME, TOILET WATER AND ESSENTIAL OILS FOR PERSONAL USE FOR MEN AND WOMEN, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: OPTICAL INSTRUMENTS, APPARATUS AND EQUIPMENT, NAMELY, GLASSES, SUNGLASSES, SPECTACLES, SPECTACLE FRAMES, MONOCLES, LORGNETTES, ACCESSORIES IN THE NATURE OF EYEGLASS CHAINS, AND CASES FOR GLASSES, SUNGLASSES, SPECTACLES, MONOCLES, AND LORGNETTES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: STATIONERY ARTICLES, NAMELY, PAPER, LETTER PAPER, LOOSE-LEAF PAPER, EXERCISE BOOKS, ADDRESS BOOKS AND NOTEBOOKS, REINFORCED STATIONERY TABS THAT ARE MARKED BY NUMBER OR ALPHABETICAL LETTER, ENVELOPES, GREETING CARDS, PHOTOGRAPH ALBUMS; WRITING AND MARKING INSTRUMENTS, NAMELY, PENS, FELT-TIPPED PENS, MARKING PENS, PENCILS AND PENCIL LEADS, INK REFILLS FOR PENS, ERASERS; PRINTING TYPE; PRINTED MATTER, NAMELY, PERIODICAL MAGAZINES, BOOKS, AND LEAFLETS IN THE FIELD OF FASHION, INTERIOR DESIGN, COSMETICS, OPTICAL WEAR AND FASHION ACCESSORIES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATION LEATHER GOODS, NAMELY, HANDBAGS, WALLETS, LUGGAGE, ATTACHÉ CASES, TOTE BAGS, BRIEFCASES, SPORT BAGS, TRAVELING TRUNKS, CARRY-ON BAGS, SHOULDER BAGS, GARMENT BAGS FOR TRAVELING, KEY CASES, UMBRELLAS, PARASOLS, WALKING STICKS, WHIPS, HARNESSES, SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FURNITURE; MIRRORS, NAMELY, LOOKING GLASSES; PICTURE FRAMES; CHAIRS; CUPBOARDS; CUSHIONS; DESKS; DIVANS; PLASTIC AND WOOD DOORKNOBS; FIGURES OF BONE, IVORY, PLASTER, PLASTIC, WAX AND WOOD; PLASTIC AND WOOD FURNITURE HANDLES FOR DOORS; MAGAZINE RACKS; OFFICE FURNITURE; PILLOWS; PARTS AND FITTINGS FOR THE AFORESAID FURNITURE GOODS, NAMELY, FITTED FURNITURE COVERS NOT OF PAPER, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: FABRIC FOR TEXTILE USE, FABRIC OF IMITATION ANIMAL SKINS, FABRIC FOR BOOTS AND SHOES, BATH LINEN; BED LINEN; BED BLANKETS; CURTAINS; UNFITTED FABRIC FURNITURE COVERS; HANDKERCHIEFS; KITCHEN TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY, BELTS, COATS, RAINCOATS, WAISTCOATS, BLOUSES AND PULLOVERS, JACKETS, TROUSERS, SKIRTS, DRESSES, SUITS, SHIRTS AND CHEMISES, T-SHIRTS, SWEATERS, UNDERWEAR, SOCKS AND STOCKINGS,

GLOVES, TIES, SCARVES, HATS AND CAPS, BOOTS, SHOES AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: LACE AND EMBROIDERY, RIBBONS AND BRAID; CLOTHING BUTTONS, HOOKS AND EYES, SAFETY PINS AND NEEDLES; ARTIFICIAL FLOWERS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

PRIORITY DATE OF 7-25-2006 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0922170 DATED 10-10-2006, EXPIRES 10-10-2016.

SER. NO. 79-037,766, FILED 10-10-2006.

SHAILA SETTLES, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# VERSACE

**Reg. No. 4,398,385**

**Registered Sep. 10, 2013**

**Int. Cls.: 11, 14, 27 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

GIANNI VERSACE S.P.A. (ITALY CORPORATION)
VIA MANZONI, 38
I-20121 MILANO
ITALY

FOR: FIREPLACES; LAMPS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: ARTICLES MADE OF PRECIOUS METALS AND ALLOYS OF PRECIOUS METALS WITH OR WITHOUT PRECIOUS STONES, NAMELY, RINGS, NECKLACES, BRACELETS, BROOCHES, EARRINGS, TIE CLIPS, CUFFLINKS, DIAMONDS, JEWEL CASES, WATCHES, CLOCKS, CHRONOMETERS, WATCH CASES, COSTUME JEWELRY, PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: CARPETS, BATH MATS; RUGS, MATS AND MATTING, AND OTHER MATERIALS FOR COVERING EXISTING FLOORS; NON-TEXTILE WALL HANGINGS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE FUNCTIONS; DISSEMINATION OF ADVERTISEMENTS; DISSEMINATION OF ADVERTISING MATTER; INDUSTRIAL BUSINESS MANAGEMENT CONSULTANCY AND ASSISTANCE; PROFESSIONAL BUSINESS CONSULTANCY; FRANCHISING, NAMELY, SERVICES PROVIDED BY A FRANCHISOR FOR THIRD PARTIES IN HELPING, MANAGING AND DEVELOPING COMMERCIAL ENTERPRISES; GATHERING VARIOUS GOODS IN THE FIELD OF FASHION AND HOME FURNISHING AND ACCESSORIES ALLOWING THE CONSUMER TO VIEW AND BUY THE AFORESAID GOODS IN RETAIL STORES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 6-10-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1073076 DATED 11-9-2010, EXPIRES 11-9-2020.

OWNER OF U.S. REG. NOS. 1,880,658, 2,278,257 AND OTHERS.



*Acting Director of the United States Patent and Trademark Office*

**Reg. No. 4,398,385** SEC. 2(F).

SER. NO. 79-975,265, FILED 11-9-2010.

KIM MONINGHOFF, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,540,330**

**Registered Aug. 14, 2018**

**Int. Cl.: 26**

**Trademark**

**Principal Register**

Gianni Versace S.p.a.  (ITALY JOINT STOCK COMPANY)
Via Manzoni 38
Milano, ITALY

CLASS 26: Buttons for clothing; Hooks and eyes; Safety pins; Sewing pins; Press buttons

OWNER OF EUROPEAN UNION , REG. NO. 1665306, DATED 05-19-2003, EXPIRES 05-19-2020

The mark consists of the head of Medusa, a character in Greek mythology.

OWNER OF U.S. REG. NO. 4460484, 2980455

SER. NO. 87-748,570, FILED 01-09-2018



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,937,934**

**Registered Dec. 17, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Gianni Versace SRL  (ITALY LIMITED LIABILITY COMPANY)
Via A. Manzoni, 38
Milan, ITALY 20121

CLASS 9: Protective cases for cell phones; Protective cases for laptop computers; Protective cases for portable media players

FIRST USE 6-7-2019; IN COMMERCE 6-7-2019

The mark consists of the head of Medusa, a character in Greek mythology.

SER. NO. 88-464,503, FILED 06-07-2019



Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.   See  15  U.S.C.  §§1058,  1141k.   If  the  declaration  is  accepted,  the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,082,409**

**Registered Jun. 23, 2020**

**Int. Cl.: 3, 9, 14, 18, 25**

**Trademark**

**Principal Register**



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

GIANNI VERSACE S.R.L.  (ITALY LIMITED LIABILITY COMPANY)
Piazza Luigi Einaudi 4
I-20124 Milano
ITALY

CLASS 3: Cosmetics, namely, night and day creams; non-medicated chemical preparations for cleaning the face and body; bath foam; shaving foam; after shave; make-up foundations; lip gloss; shoe wax; mascara; cosmetic masks; eyebrow pencils; pencils for cosmetic purposes; nail varnish; deodorants for men and women; non-medicated hand and body soap; hair shampoo and hair tints; hair lotions; lotions for cosmetic purposes; hair lacquers; dentifrices and fragrances; perfumary, cologne, lavender water, scented water and essential oils for personal use, for men and women; flower perfumes; sun-tanning preparations; cosmetic preparations for baths; personal deodorants; non-medicated skincare cosmetics; make-up preparations; non-medicated cleaning products for the skin; shaving preparations; non-medicated toiletry preparations; make-up removing preparations; talcum powder, for toilet use

CLASS 9: Spectacles; sunglasses, optical glasses; goggles for sports; optical frames; monocles; theatre glasses; optical goods, namely, glasses and lenses; containers for contact lenses; eye glasses cases; pince-nez cords; magnifying glasses; correcting lenses being contact lenses; optical lenses; lenses for eyeglasses; frames for eye glasses; electronic schedulers being personal digital assistant computers; computers, handheld computers; mouse being computer peripherals; mouse mats; computer keyboards; portable telephones; downloadable ring tones for mobile phones; cell phone straps

CLASS 14: Jewellery, precious stones; horological and chronometric instruments; rings being jewelry; cuff links; bracelets; watch bands; watch cases being parts of watches; clock cases being parts of clocks; watch chains; jewelry chains; pendants; necklaces; chronographs as watches; timepieces; stopwatches; chronoscopes; diamonds; tie pins; figurines of precious metal; gold thread jewelry; wire of precious metal for use in the making of jewelry, namely, jewelry cable; silver thread jewelry; jewellery; cloisonné jewellery; badges of precious metal; clock hands; alloys of precious metal; ingots of precious metals; movements for clocks and watches; medals; lockets; earrings; jewellery of yellow amber; ornaments of precious metal in the nature of jewelry; ornaments of jet, shoe ornaments of precious metal being shoe jewelry; hat ornaments of precious metal being hat jewelry; pendulum clocks; atomic clocks; wristwatches; pocket watches; master clocks; electric clocks and watches; jewellery stones; key rings; clock dials; boxes of precious metal; cases for clock- and watchmaking being parts for watches and clocks; jewellery cases; cases adapted for holding watches; pins being



jewelry; ornamental lapel pins; brooches being jewelry; statuettes of precious metal; paste jewellery; time instruments being chronometric instruments; alarm clocks; watch crystals

CLASS 18: Leather and imitations of leather; animal skins, animal hides; women's handbags; pocket wallets; luggage; garment carriers being garment bags for travel; rucksacks; document cases; sports bags; trunks being luggage; travelling trunks; carry-on bags; sling bags; garment bags for travel; valises; suitcases; attaché cases; purses; travelling handbags; notecases, namely, business card cases; key cases, umbrellas; parasols; beach parasols; walking sticks; alpenstocks; whips; harness for horses; saddlery

CLASS 25: Clothing, namely, shirts, pants, jeans, sweaters, skirts, dresses; footwear; headwear; clothing of imitations of leather, namely, pants, jackets; clothing of leather, namely, pants, jackets; motorists' clothing, namely, motorists' jackets, driving gloves; cyclists' clothing, namely, biking shorts, athletic shirts, cycling gloves; clothing for gymnastics, namely, leotards, leggings; gowns; bath robes; bandanas; berets; underclothing; smocks; boas; teddies being undergarments; garters; sports shoes; stockings; slippers; socks; jodhpurs; short-sleeve shirts; shirts; jackets; top hats; coats; hoods; belts for clothing; money belts; tights; collars; detachable collars; suits; beachwear; ties as clothing; ascots; headbands for clothing; pocket squares; dress pocket squares; skirts; jumper dresses; girdles; gloves; arm length gloves; rain coats; ready-to-wear clothing, namely, shirts, pants, dresses; knitwear, namely, knit shirts, knit skirts, knit dresses, knit sweaters, knit jackets; jerseys being clothing; leg warmers; leggings; liveries; sports jerseys; hosiery; swimsuits; pullovers; muffs; maniples; pelerines; mantillas; sleep masks; miniskirts; cowls being clothing; boxer shorts; bathing drawers as clothing; vests, trousers; parkas; pelisses; furs being clothing; shirt yokes; pyjamas; wristbands as clothing; ponchos; sock suspenders; brassieres; sandals; bath sandals; shoes; bath slippers; gymnastic shoes; beach shoes; shawls; sashes for wear; underpants; wimples; topcoats; outerclothing, namely, jackets, coats, vests; petticoats; slips being undergarments; shirt fronts; ankle boots; boots; fur stoles; t-shirts; combinations being clothing; uniforms; veils; visors being headwear; wooden shoes

The mark consists of a stylized letter "V" with leaves, vines, and a flower on it.

PRIORITY DATE OF 01-18-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1481566 DATED 02-14-2019, EXPIRES 02-14-2029

SER. NO. 79-264,790, FILED 02-14-2019

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# VERSACE

**Reg. No. 6,088,586**

**Registered Jun. 30, 2020**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

GIANNI VERSACE S.R.L.  (ITALY LIMITED LIABILITY COMPANY)
Piazza Luigi Einaudi 4
Milano, ITALY 20124

CLASS 9: Protective cases for cell phones; Protective cases for laptop computers; Protective cases for portable media players

FIRST USE 6-7-2019; IN COMMERCE 6-7-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-464,490, FILED 06-07-2019



Director of the United States
Patent and Trademark Office



> ### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION
>
> ### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.